STATE OF MAINE
Washington, ss

SUPERIOR COURT
Docket No.: WACSC-CV-26-18

Renee Gray )
)
v. )
)
County of Washington, Commissioner )
David Burns and Commissioner William )
Howard, both in their individual and )
official capacities )

AFFIDAVIT OF RENEE GRAY

NOW COMES Renee Gray, who swears as follows:

1. I am a resident of Addison, Washington County, Maine, and I am the County Manager for the County of Washington.

2. Defendants are the County of Washington, Commissioner David Burns and Commissioner William Howard.

3. I have filed a Verified Complaint setting forth the facts of this case and ask that those verified facts be incorporated herein for the purpose of identifying facts which clearly demonstrate that immediate and irreparable injury, loss or damage will result to me before the Defendants can be heard in opposition.

4. Specifically, the Defendants have already voted to terminate the Plaintiff's employment without affording her the statutory rights as set forth in the Complaint and told her that the effective date of the termination will be July 22, 2026.

5. There are no scheduled meetings of the Washington County Commissioner prior to that date, thus there is no opportunity for the County of Washington to act on this matter prior to that date.

6. Should the termination become effective, I will lose any and all statutory and due process rights which I have as set forth in the Complaint, and there will be no process by which I

JUL 13 '26 8:27
WASHINGTON CTY CT

could be re-instated so that I could exercise those rights, including the right to have a public hearing on my termination.

7. Through counsel I have informed the County of Washington on the public record of my intention to proceed to filing suit and asserting my legal rights and they have made no effort to respond or to set a public meeting to discuss the matter further, thus it is clear that they do not intend to delay my termination while I pursue my legal rights.

8. There will be no harm to the County of Washington if a temporary restraining order is issued, as the County of Washington must continue to pay my salary and benefits for 60 days after termination, which should provide adequate time for the Defendants to respond prior to a hearing on a preliminary injunction.

9. The employment contract in question affects only my private rights is no right of the public to intervene in the employment contract, thus there is no adverse effect on the public interest.


Dated ___7/13/2026___          _Renee Gray_ (signature)
                               Renee Gray


Personally appeared the above named Renee Gray and signed and made oath to the truth of the statements in the above affidavit, before me,

Dated ___7/13/26___           _(signature)_
                               Notary Public/Atty, Bar No. _9574_

JUL 13 26 8:25
WASHINGTON CITY CT